**SO ORDERED**

**Date signed March 17, 2004**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | * | | |
|---|---|---|---|
| | * | Case No. | 04-12949PM |
| YVONNE J. CAMPBELL | * | Chapter | 13 |
| | * | | |
| | * | | |
| Debtor(s) | * | | |

### MEMORANDUM TO COUNSEL

After consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee.

cc:   Counsel for Debtor(s) - Brian Williams
      Debtor(s)
      Trustee
      U.S. Trustee

Fee-11.10  -  3/8/01 -- mlz

**End of Order**